# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 22-SW-2178DPR
INFORMATION ASSOCIATED WITH THE GOOGLE )
ACCOUNT blucy0380@gmail.com THAT IS STORED AT )
PREMISES CONTROLLED BY GOOGLE, LLC )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An Application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Northern___ District of ___California___

*(identify the person or describe the property to be searched and give its location):*

INFORMATION ASSOCIATED WITH THE GOOGLE ACCOUNT blucy0380@gmail.com THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, LLC, further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, established probable cause to search the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ___1/2/23___ *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and return this warrant and inventory to ___the Honorable David P. Rush___
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result as listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*
☐ until, the facts justifying, the later specific date of _____

☐ Warrant issued in person.
☒ Warrant issued by telephone or other reliable electronic means.

Date and Time issued: ___12/19/2022 at 3:56 p.m.___

*Judge's signature*
David P. Rush, Chief United States Magistrate Judge

City and state: ___Springfield, Missouri___

*Printed name and title*

# Return

| Case No. | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
|  | 12-20-2022  7:27 AM | N/A |

Inventory made in the presence of:

N/A

Inventory of the property taken and name of any person(s) seized:

See Attachment B

# Certification

☐ I declare under penalty of perjury that this inventory is correct and returned electronically along with the warrant to the designated judge pursuant to Fed.R.Crim.P. 4.1 and 4(f)(1)(D).

☒ I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date: 12-20-2022

_____
*Executing officer's signature*

STACY MOORE /SA
_____
*Printed name and title*

# ATTACHMENT A
## Property to be Searched

This warrant applies to information associated with Google account blucy0380@gmail.com ("the Account"), that is stored at premises owned, maintained, controlled, or operated by Google LLC, a company headquartered at 1600 Amphitheatre Parkway, Mountain View, California 94043.

## ATTACHMENT B
## Particular Things to be Seized

I. **Information to be disclosed by Google LLC ("Google")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Google, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to Google, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on December 7, 2022 with the Google Reference Number 27753633, Google is required to disclose to the government for each account or identifier listed in Attachment A the following information from October 1, 2022 to November 3, 2022, unless otherwise indicated:

a. All business records and subscriber information, in any form kept, pertaining to the Account, including:

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and email addresses, including alternate and recovery email addresses);

3. Telephone numbers, including SMS recovery and alternate sign-in numbers;

4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions, including log-in IP addresses;

5. Telephone or instrument numbers or other subscriber numbers or identities, including any temporarily assigned network address, SMS recovery numbers, Google Voice numbers, and alternate sign-in numbers;

6. Length of service (including start date and creation IP) and types of service utilized;

7. Means and source of payment (including any credit card or bank account number); and

8. Change History.

b. The contents of all text messages, voicemail, emails and instant messages stored in the Account, including copies of communications and text messages sent to and from the Account, drafts, the source and destination addresses associated with each email or text message, the date and time at which each email or text message was sent, and the size and length of each email or text message, and any images, photographs, jpg files, gif files, tif files, avi files and mpeg files video files;

c. Records of user activity for each connection made to or from the Account, including, for all Google services, the date, time, length, and method of connection, data transfer volume, user names, source and destination IP address, name of accessed Google service, and all activity logs;

d. All device information associated with the Account, including but not limited to, manufacture names, model numbers, serial number, media access control (MAC) addresses, international mobile equipment identifier (IMEI) numbers, FCC ID numbers, Android IDs, and telephone numbers; and

e. Web/Internet history for the Account.

Google is hereby ordered to disclose the above information to the Government within fourteen (14) days of issuance of this warrant.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence, and/or instrumentalities of violations of Title 18, United States Code, Sections 1201(a)(1), those violations Google account blucy0380@gmail.com and occurring after October 1, 2022, including, for each Account or identifier listed on Attachment A, information pertaining to the following matters:

a. Preparatory steps taken in furtherance of the crime;

b. All location history and web and app activity indicating the location at which the Account was active, including the source of the data, date and time, latitude and longitude, estimated accuracy, device and platform, inferences drawn from sensor data (such as whether a user was at rest, walking, biking, or in a car), and associated logs and user settings, including Timeline access logs and change and deletion history;

c. Evidence indicating how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crimes under investigation and to the email account owner;

d. Evidence indicating the Account owner's state of mind as it relates to the crimes under investigation; and

e. The identity of the person(s) who created or used the Account, including records that help reveal the whereabouts of such person(s).

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the Federal Bureau of Investigation may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review